IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GLYNIS RHODES,

        Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant.

CIVIL ACTION
NO. 15-6764

## ORDER

**AND NOW**, this 13th day of January, 2017, upon consideration of Plaintiff's Motion for Summary Judgment and Brief and Statement of Issues in Support of Request for Review, Defendant's response thereto and Plaintiff's reply, and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, to which no objections were filed, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **GRANTED**, and this matter is **REMANDED** to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation;

3. **JUDGMENT IS ENTERED** in favor of Plaintiff, Glynis Rhodes, and against the Commissioner of Social Security; and

4. The Clerk of Court shall mark this case **CLOSED** for all purposes.

                                            **BY THE COURT:**

                                            **/s/ Jeffrey L. Schmehl**
                                            **Jeffrey L. Schmehl, J.**